# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### HATTIESBURG DIVISION

| | |
|---|---|
| WALTER PRIMAS D/B/A | |
| WESTERN CORRAL | **PLAINTIFF** |
| | |
| **VERSUS** | **CIVIL ACTION NO.  2:05cv56-KS-JMR** |
| | |
| SOUTHERN GUARANTY INSURANCE | |
| COMPANIES | **DEFENDANT** |

*CONSOLIDATED WITH:*

| | |
|---|---|
| SOUTHERN GUARANTY | |
| INSURANCE COMPANY | **PLAINTIFF** |
| | |
| **VERSUS** | **CIVIL ACTION NO. 2:05cv57-KS-JMR** |
| | |
| S AND W FOODS, INC. | |
| D/B/A WESTERN CORRAL | |
| AND WALTER PRIMAS | **DEFENDANT** |

## JUDGMENT OF DISMISSAL

The causes above are before the Court sua sponte, the parties having announced that they have reached a compromise and settlement of all pending claims in these matters.  Accordingly, the Court being desirous of removing these matters from its docket;

IT IS, THEREFORE, ORDERED AND ADJUDGED that these cases are hereby dismissed with prejudice as to all parties.  By agreement of the parties, the Court hereby retains jurisdiction to enforce the settlement agreement, and if any party fails to consummate this settlement within 21 days, any aggrieved party may reopen the case for enforcement of the settlement agreement within ninety (90) days thereafter; and if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

IT IS FURTHER ORDERED AND ADJUDGED that this matter having been concluded, all

motions pending in these matters, if any, are hereby moot and accordingly dismissed.

SO ORDERED AND ADJUDGED this 18th day of August, 2006.


*s/Keith Starrett*
**UNITED STATES DISTRICT JUDGE**